Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | nDivision Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-5133966 |

4. **Debtor's address**

**Principal place of business**

4925 Greenville Ave #200

Number          Street

_____

Dallas          TX     75206
City          State     ZIP Code

Dallas County
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City          State     ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://ndivision.com/ |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor   nDivision Inc.
_____   Case number (if known) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .

   7376

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                  MM / DD / YYYY

           District _____   When _____   Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

           District _____   When _____
                                                          MM  /  DD  /  YYYY

           Case number, if known _____

| Debtor | nDivision Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | nDivision Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million
- ☑ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million
- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2022
MM / DD / YYYY

✖ _____          Alan Hixon
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✖ _Brandon Tittle_          Date  06/16/2022
Signature of attorney for debtor           MM / DD / YYYY

Brandon Tittle
Printed name

Tittle Law Group, PLLC
Firm name

5550 Granite Pkwy Suite 290
Number        Street

Plano                          TX        75024
City                           State     ZIP Code

972-987-5094                   btittle@tittlelawgroup.com
Contact phone                  Email address

24090436                       TX
Bar number                     State

**ACTION BY CONSENT OF THE**
**BOARD OF DIRECTORS**
**OF**
**nDIVISION INC.**

**June 14, 2022**

The undersigned, being all of the duly elected and incumbent members of the board of directors (the "***Board***", and each a "***Director***") of nDivision, Inc., a Nevada corporation (the "***Company***"), hereby sign this instrument in lieu of holding a meeting, to evidence its consent to the resolutions set forth below (this "***Consent***"), with the same force and effect as if said resolutions were adopted by at a duly called meeting of the Board.

**NOW BE IT RESOLVED**, that, in the judgment of the Board, it is desirable, advisable and in the best interests of the Company, its creditors, its stockholders, and other interested parties for the Company to file a petition in the United States Bankruptcy Court for the Northern District of Texas (the "***Bankruptcy Court***") seeking relief under Chapter 7 of Title 11 of the United States Code (the "***Bankruptcy Code***") and the filing of such petition commencing the case under the Bankruptcy Code (the "***Chapter 7 Case***") is authorized hereby; and it is further

**RESOLVED**, that each officer of the Company (each such person, an "***Authorized Person***", and collectively, the "***Authorized Persons***") is hereby appointed and authorized, empowered, and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Person executing said petition on behalf of the Company; and it is further

**RESOLVED**, that the Authorized Persons hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify, and file, or cause to be filed, executed, or verified, all necessary documents, including all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that regard to employ and retain such assistance of legal and financial advisors and other professionals and to take any and all action that they deem necessary, proper, or desirable in connection with the Chapter 7 Case; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Persons to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code or in connection with the Chapter 7 Case or any matter related thereto be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that the Authorized Persons are authorized, empowered, and directed, on behalf of and in the name of the Company, to hire Tittle Law Group PLLC as counsel to render legal services to the Company in connection with the Chapter 7 Case and any other related matters or proceedings in connection therewith on such terms as the Authorized Persons shall approve; and it is further

**RESOLVED**, that the Authorized Persons hereby are authorized, empowered and directed, on behalf of and in the name of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the transactions contemplated by this Consent; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred, the Authorized Persons hereby are, authorized, empowered and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents and to incur all such fees and expenses, on behalf of and in the name of the Company, as in their judgment shall be necessary, appropriate or advisable in order to carry out fully the intent and purposes of the foregoing Consent and each of them; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Persons prior to adoption of this Consent with respect to the matters contemplated by this Consent be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

*[Signature Page Follows]*

This Consent may be executed in any number of counterparts and delivered by facsimile, DocuSign, email, or other means of electronic transmission, each of which shall for all purposes be deemed an original, and all such counterparts shall constitute one and the same document. Execution of the counterpart by the members of the Board shall effect adoption of this Consent set forth above as of date first above written.

**DIRECTORS**

By: *Laurence King*
Laurence King (Jun 14, 2022 09:46 CDT)

Larry King

Alan Hixon

*Kelly Hopping*
Kelly Hopping (Jun 14, 2022 10:07 CDT)

Kelly Hopping

*Lisa McLin*
Lisa McLin (Jun 14, 2022 13:07 CDT)

Lisa McLin

Susan W. Conner (Jun 14, 2022 07:53 MDT)

Susan Conner

# 220614-nDivision Inc Board Consents Chapter 7

**Final Audit Report** 2022-06-14

| | |
|---|---|
| Created: | 2022-06-14 |
| By: | Brad Wiggins (bwiggins@ndivision.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6ZQDCg80cFUbqkINMb12cCbORMxN5Y8V |

## "220614-nDivision Inc Board Consents Chapter 7" History

Document created by Brad Wiggins (bwiggins@ndivision.com)
2022-06-14 - 1:49:54 PM GMT- IP address: 47.32.235.110

Document emailed to Alan Hixon (ahixon@ndivision.com) for signature
2022-06-14 - 1:50:49 PM GMT

Document emailed to Laurence King (lking@kingstrategy.net) for signature
2022-06-14 - 1:50:49 PM GMT

Document emailed to Susan K. Conner (susanco@swbell.net) for signature
2022-06-14 - 1:50:49 PM GMT

Document emailed to Lisa McLin (lhmclin@gmail.com) for signature
2022-06-14 - 1:50:49 PM GMT

Document emailed to Kelly Hopping (kelly.hopping@gmail.com) for signature
2022-06-14 - 1:50:49 PM GMT

Email viewed by Susan K. Conner (susanco@swbell.net)
2022-06-14 - 1:52:49 PM GMT- IP address: 67.44.160.20

Document e-signed by Susan K. Conner (susanco@swbell.net)
Signature Date: 2022-06-14 - 1:53:45 PM GMT - Time Source: server- IP address: 67.44.160.20

Email viewed by Kelly Hopping (kelly.hopping@gmail.com)
2022-06-14 - 1:56:56 PM GMT- IP address: 66.102.7.42

Email viewed by Alan Hixon (ahixon@ndivision.com)
2022-06-14 - 2:00:58 PM GMT- IP address: 162.236.31.178

Document e-signed by Alan Hixon (ahixon@ndivision.com)
Signature Date: 2022-06-14 - 2:01:20 PM GMT - Time Source: server- IP address: 162.236.31.178


POWERED BY
Adobe Sign

Email viewed by Lisa McLin (lhmclin@gmail.com)
2022-06-14 - 2:11:27 PM GMT- IP address: 66.102.7.36

Email viewed by Laurence King (lking@kingstrategy.net)
2022-06-14 - 2:20:51 PM GMT- IP address: 172.225.15.52

Document e-signed by Laurence King (lking@kingstrategy.net)
Signature Date: 2022-06-14 - 2:46:38 PM GMT - Time Source: server- IP address: 99.67.113.164

Document e-signed by Kelly Hopping (kelly.hopping@gmail.com)
Signature Date: 2022-06-14 - 3:07:58 PM GMT - Time Source: server- IP address: 108.253.240.11

Document e-signed by Lisa McLin (lhmclin@gmail.com)
Signature Date: 2022-06-14 - 6:07:40 PM GMT - Time Source: server- IP address: 70.120.95.238

Agreement completed.
2022-06-14 - 6:07:40 PM GMT

**United States Bankruptcy Court**

IN RE:                                                        Case No._____

nDivision Inc.
_____ Chapter  7  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Alan Hixon<br>6965 Freemont St, Dallas, TX 75231 | 16.47 | Common stockholder |
| Bradley Wiggins<br>1209 Stonehollow Ln, Keller, TX 76262 | 16.47 | Common stockholder |
| Andrew Norstrud<br>15837 Trackside Dr, Odessa, FL 33556 | .210 | Common stockholder |
| Mike Beavers<br>2901 Mossy Springs Dr, Leander, TX 78641 | 2.383 | Common stockholder |
| Accelerated Investments, LLC<br>2333 Shallow Creek Lane, Friendswood, TX 77546 | .056 | Common stockholder |
| Ahern's Jdub Inc. 401K Plan c/o Jon Ahern<br>2004 Camino Ramon, Danville, CA 94526 | 0.280 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

nDivision Inc.
_____ Chapter  7
                                                         _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| AJB Capital Investments, LLC - ARI Blaine 4700 Sheridan Street, Suite J, Hollywood, FL 33021 | 4.623 | Common stockholder |
| Alex Partners, LLC Attn: Scott Wilfong 250 Fortune Creek Lane, Cle Elum, WA 98922 | .722 | Common stockholder |
| Asset Development Strategies Corp. 20122 Heritage Point Dr., Tampa, FL 33647 | 1.523 | Common stockholder |
| Bart and Associates, LLC c/o Ken Bart 8400 East Prentice Avenue, Suite 1500, Englewood, CO 80111 | .150 | Common stockholder |
| Dennis Cagan 5020 Sage hill Dr., Carrollton, TX 75010 | .179 | Common stockholder |
| Chickenhats.com, Inc. c/o John Harrell 191 Sonterra Dr., Alto, NM 88312 | .303 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

nDivision Inc.
_____ Chapter 7 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Twyla Graham<br>21831 Tallahassee Avenue, Lago Vista, TX 78645 | .085 | Common stockholder |
| Robert Grecco<br>105 Fleetwood Drive, New Braunfels, TX 78130 | .255 | Common stockholder |
| Aaron Liverpool<br>11142 Shady Trail, Dallas, TX 75229 | .560 | Common stockholder |
| Nuwa Group LLC<br>1415 Oakland Blvd., Walnut Creek, CA 94596 | 5.698 | Common stockholder |
| Sunny St. Pierre<br>533 Stone Dr., Novato, CA 94947 | 1.681 | Common stockholder |
| Shalley Oil, LLC<br>4230 Versailles Avenue, Dallas, TX 75205 | .580 | Common stockholder |

**United States Bankruptcy Court**

IN RE:

Case No._____

nDivision Inc.

_____ Chapter ⁷ _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Mark Storms 300 Mockingbird, Ruidoso, NM 88345 | .133 | Common stockholder |
| Richard Davenport 19 Nation Ct. Uxbridge, ON L9P 1W2, Canada, | .986 | Common stockholder |
| MFA Holdings Corp 6413 E. Maclaurin Dr., Tampa, FL 33647 | .881 | Common stockholder |
| Clayton Scott Danielson 760 Shadowtree Pl, Tucson, AZ 85748 | .170 | Common stockholder |
| Jesse Alexander Charles Schwab & Co Inc. Cust 737 Summit Dr., Schaumburg, IL 60193 | .067 | Common stockholder |
| Ken Mitchell & Rebecca Mitchell JT 149 E. 700 N., Logan, UT 84321 | .063 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                           Case No._____

nDivision Inc.
_____   Chapter   7
                                                        _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Joseph Zampetti<br>67 Chestnut St, Edison, NJ 08817 | .061 | Common stockholder |
| Maura Biglio-Traylor<br>2045 Kaltasin Rd. Sooke BC V9Z 0C1, Canada, | 2.522 | Common stockholder |
| Jeff Bishop<br>18 Sackett Rd., Lee, NH 03861 | 1.681 | Common stockholder |
| Cede & Co<br>The Depository Trust Company 570 Washington Blvd,<br>Jersey City, NJ 07310 | 12.762 | Common stockholder |
| Deborah R. Daniel<br>7474 Oxford Cir., Dublin, CA 94568 | .560 | Common stockholder |
| The Del Mar Consulting Group, Inc.<br>Attn: Robert B. Prag 2455 El Amigo Rd., Del Mar, CA<br>92014 | 1.182 | |

**United States Bankruptcy Court**

IN RE:                                                           Case No._____

nDivision Inc.
_____ Chapter  7 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Edward R. Gonsalves<br>1020 Ventura Ave., Livermore, CA | .172 | Common stockholder |
| Mark Govan<br>1020 Dolores Drive, Lafayette, CA 94549 | .282 | Common stockholder |
| Robert Hearn and Kelly Hearn<br>104 Ivy Glen Drive, Grapevine, TX 76051 | .679 | Common stockholder |
| JMAC Family Investments LLC<br>3000 Lake Creek Dr., Lewisville, TX 75077 | .126 | Common stockholder |
| Christopher Johnson<br>14024 Hudson Way, Thornton, CO 80602 | .051 | Common stockholder |
| Robert S. London, Trustee<br>London Family Trust 212 Aurora Drive, Montecito, CA 93108 | .722 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

nDivision Inc.
_____ Chapter ⁷ _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Mark Marquez<br>806 Hull Road, Ruidoso, NM 88355 | .221 | Common stockholder |
| Adam Marshall<br>41 Metcalfe Street Aurora, ON L4G 1E5, Canada, | 1.763 | Common stockholder |
| Jeffery L. Marshall<br>20122 Heritage Point Dr., Tampa, FL 33647 | 1.009 | Common stockholder |
| Mast Hill Fund, L.P.<br>Attn: Patrick Hassani 48 Parker Road, Wellesley, MA 02482 | 3.502 | Common stockholder |
| Carlos Morales<br>16205 Shadybank Dr., Dallas, TX 75248 | .280 | Common stockholder |
| Justin Roby<br>17002 Star Danyon Drive, Woodway, TX 76712 | 16.047 | Common stockholder |

**United States Bankruptcy Court**

IN RE:

nDivision Inc.

Case No._____

Chapter $\quad 7$ _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Lauro A. Sarabia 1801 Colorado Bend Drive, Cedar Park, TX 78613 | .085 | Common stockholder |
| Jeffrey Shields 21831 Tallahassee Avenue, Lago Vista, TX 8645 | .170 | Common stockholder |
| Pascal Traylor 1000 South Coast Dr., Apt. Q108, Costa Mesa, CA 92626 | 2.241 | Common stockholder |
| Bret Nesland 13835 N. Tatum Blvd., #9 Suite 438, Phoenix, AZ 85032 | .525 | Common stockholder |
| Richard Michael Levey Ttee Richard M. Levey MD 401K Profit 1649 Hammon Ave., Oroville, CA 95966 | .2 | Common stockholder |
| Mark Eugene Govan Charles Schwab & Co Inc. Cust 1020 Dolores Dr., Lafayette, CA 94549 | .179 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

nDivision Inc.
_____ Chapter 7 _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Jennifer Mayumi Brehm<br>2621 Royal Oaks Dr., Alamo, CA 94507 | .130 | Common stockholder |
| Richard D. Ricker Jr. and Jamie A. Ricker JT TEN<br>1005 Bristol Ln, Modesto, CA 95350 | .112 | Common stockholder |
| Shantha Chikkalingaiah<br>504 Country Walk Ct., Bel Air, MD 21015 | .080 | Common stockholder |
| FMTC Custodian - ROTH IRA<br>FBO Stephen Jay Mayeri P.O. Box 13709, San Luis Obispo, CA 93406 | .068 | Common stockholder |
| Peter M. Gould<br>WFCS Custodian Trad IRA 6321 Chesebro Rd., Agoura Hills, CA 91301 | .063 | Common stockholder |
| Jean-Karim Perret<br>34 Normandy Cres Richmond Hill, ON L4C 8L8, Canada, | .063 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

nDivision Inc.
_____  Chapter  7  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jerry Kimpton<br>200 Rector Place, Apt. 16B, New York, NY 10280 | .062 | Common stockholder |
| Daniel J. Babineaux<br>100 Loyola Ave., Lafayette, LA 70503 | .044 | Common stockholder |
| William D. Ludlow & Jill E. Ludlow<br>12599 Ridgecrest Dr., Rancho Cucamonga, CA 91739 | .044 | Common stockholder |
| Jason Bond<br>22 Foss Farm Road, Durham, NH 03824 | 1.121 | Common stockholder |
| James Brown<br>304 Lakewood Ct., Coppell, TX 75019 | .085 | Common stockholder |
| Robert Holliday<br>19526 Connemara Court, Yorba Linda, CA 92886 | .221 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                          Case No._____

nDivision Inc.
_____ Chapter ___7_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Johnny Johnson<br>3000 Lake Creek Dr., Highland Village, TX 75077 | .084 | Common stockholder |
| Allan Marshall<br>6413 E. Maclaurin Dr., Tampa, FL 33647 | 1.345 | Common stockholder |
| McConnell Contracting<br>c/o Adam Marshall 41 Metcalfs St., Aurora, ON L4G 1E5, Canada, | 1.009 | Common stockholder |
| Phelan Traylor<br>1000 South Coast Dr., Apt. Q108, Costa Mesa, CA 92626 | .104 | Common stockholder |
| MFA Holdings Corp.<br>6413 E. Maclaurin Dr., Tampa, FL 33647 | .331 | Common stockholder |
| FMT CO Cust IRA Rollover<br>FBO Shantha Chikkalingaiah 504 Country Walk Ct., Bel Air, MD 21015 | .2 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

nDivision Inc.

_____  Chapter  7  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Richard Michael Levey Ttee<br>Richard M. Levey MD Roth K Sub 1649 Hammon Ave., Oroville, CA 95966 | .078 | Common stockholder |
| FMT CO Cust IRA<br>FBO Frank Vincent Wisneski 200 Powder Point Ave., Duxbury, MA 02332 | .073 | Common stockholder |
| Gregory P. Ligenza<br>Individual 401K Etrade Cust 6887 Sunflower Ln, Macungie, PA 18062 | .053 | Common stockholder |
| Leng Kar Yiu<br>16006 Gatwick Ct., Tampa, FL 33647 | .045 | Common stockholder |

**Note: only those equity holders who currently hold more than 20,000 shares out of the outstanding shares in the amount of 47,586,537 (or approximately .044% or more of outstanding shares), are including above.  Upon request, the Debtor may produce an excel sheet that reflects a detailed listing of all equity holders, which total approximately 1,400.00.**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Texas

In re  nDivision Inc.

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 15,000.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 15,000.00

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

   The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
Filing the bankruptcy case, including the filing of all reaffirmation agreements.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Litigation in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/16/2022
_____

*Date*

*Brandon Tittle* (signature)
_____

*Signature of Attorney*

Tittle Law Group, PLLC
_____

*Name of law firm*

5550 Granite Pkwy
Suite 290
Plano, TX 75024
972-987-5094
btittle@tittlelawgroup.com