United States Bankruptcy Court

Northern District of Texas

In re:  nDivision Inc.

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____06/16/2022_____

_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

Aaron Liverpool
11142 Shady Trail
Dallas
TX 75229

Accelerated Investments, LLC
2333 Shallow Creek Lane
Friendswood
TX 77546

Adam Marshall
41 Metcalfe Street
Aurora, ON L4G 1E5, Canada

Ahern's Jdub Inc. 401K Plan c/o Jon Ahern
2004 Camino Ramon
Danville
CA 94526

AJB Capital Investments, Inc.
4700 Sheridan Street
Ste. J.
Hollywood, FL 33021

AJB Capital Investments, LLC
4700 Sheridan Street, Suite J
Hollywood
FL 33021

Alan Hixon
6965 Freemont St
Dallas
TX 75231

Alex Partners
250 Fortune Creek Ln
Cle Elum, WA 98922

Alex Partners, LLC
Attn: Scott Wilfong
250 Fortune Creek Lane
Cle Elum
WA 98922

Allan Marshall
6413 E. Maclaurin Dr.
Tampa
FL 33647

Andrew Norstrud
15837 Trackside Dr
Odessa
FL 33556


Ardara Capital
246 Brookside Rd.
Darien, CT 06820


Ardara Capital 2
246 Brookside Rd.
Darien, CT 06820


Asset Development Strategies Corp.
20122 Heritage Point Dr.
Tampa
FL 33647


Bart and Associates, LLC
c/o Ken Bart
8400 East Prentice Avenue, Suite 1500
Englewood
CO 80111


Bradley Wiggins
1209 Stonehollow Ln
Roanoke
TX 76262


Bret Nesland
13835 N. Tatum Blvd., #9
Suite 438
Phoenix
AZ 85032


Brett Nesland
13835 N. Tatum Blvd.
Phoenix, AZ 85032


Camille Ahern
2004 Camino Ramon PL
Danville, CA 94526


Carlos Morales
16205 Shadybank Dr.
Dallas, TX 75248


Carlos Morales
16205 Shadybank Dr.
Dallas
TX 75248

Cede & Co
The Depository Trust Company
570 Washington Blvd
Jersey City
NJ 07310


Chickenhats.com, Inc.
c/o Hohn Harrell
191 Sonterra Dr.
Alto
NM 88312


Chris Seredych
829 W. Market St.
Fl. 3
York, PA 17401


Christopher Johnson
14024 Hudson Way
Thornton
CO 80602


CIT Bank
Corporate Tax Department
1 CIT Drive
Livingston, NJ 07039


Clayton Scott Danielson
760 Shadowtree Pl
Tucson
AZ 85748


Daniel J. Babineaux
100 Loyola Ave.
Lafayette
LA 70503


David Heckle
1165 Prevost St.
San Jose, CA 95125


Deborah R. Daniel
7474 Oxford Cir.
Dublin
CA 94568


Del Mar Consulting Group
2455 El Amigo Rd.
Del Mar, CA 92014

Dell, Inc.
Attn: Legal
1 Dell Way
Round Rock, TX 78682


Dennis Cagan
5020 Sage hill Dr.
Carrollton
TX 75010


Edward R. Gonsalves
1020 Ventura Ave.
Livermore
CA


FMT CO Cust IRA
FBO Frank Vincent Wisneski
200 Powder Point Ave.
Duxbury
MA 02332


FMT CO Cust IRA Rollover
FBO Shantha Chikkalingaiah
504 Country Walk Ct.
Bel Air
MD 21015


FMTC Custodian - ROTH IRA
FBO Stephen Jay Mayeri
P.O. Box 13709
San Luis Obispo
CA 93406


Gregory P. Ligenza
Individual 401K Etrade Cust
6887 Sunflower Ln
Macungie
PA 18062


J Hogan Jordan
5615 Caladium Dr.
Dallas, TX 75230


James Brown
304 Lakewood Ct.
Coppell
TX 75019


Jason Barton
1918 Sierra Dr.
Lewisville, TX 75077

Jason Bond
22 Foss Farm Road
Durham
NH 03824


Jean-Karim Perret
34 Normandy Cres
Richmond Hill, ON L4C 8L8, Canada


Jeff Bishop
18 Sackett Rd.
Lee
NH 03861


Jeffery L. Marshall
20122 Heritage Point Dr.
Tampa
FL 33647


Jeffrey Shields
21831 Tallahassee Avenue
Lago Vista
TX 8645


Jennifer Mayumi Brehm
2621 Royal Oaks Dr.
Alamo
CA 94507


Jerry Kimpton
200 Rector Place, Apt. 16B
New York
NY 10280


Jesse Alexander
Charles Schwab & Co Inc. Cust
737 Summit Dr.
Schaumburg
IL 60193


JMAC Family Investments LLC
3000 Lake Creek Dr.
Lewisville
TX 75077


John Gould
6778 Trailing Oaks Dr.
Frisco, TX 75034

John Lemak
7301 N. State Highway 161
Irving, TX 75039


John Yao
4111 Applecreek Bend
Stafford, TX 77477


Johnny Johnson
3000 Lake Creek Dr.
Lewisville
TX 75077


Jonathan Ahern
2004 Camino Ramon PL
Danville, CA 94526


Joseph Whitesides
2015 El Cerito Ct.
Punta Gorda
FL 33950


Joseph Zampetti
67 Chestnut St
Edison
NJ 08817


Justin Roby
17002 Star Danyon Drive
Woodway
TX 76712


Ken Mitchell & Rebecca Mitchell JT
149 E. 700 N.
Logan
UT 84321


Lauro A. Sarabia
1801 Colorado Bend Drive
Cedar Park
TX 78613


Leng Kar Yiu
16006 Gatwick Ct.
Tampa
FL 33647


Logix Communications, LP
P.O. Box 734120
Dallas, TX 75373

London Family Trust
212 Aurora Dr.
Santa Barbara, CA 93108


Mark Eugene Govan
Charles Schwab & Co Inc. Cust
1020 Dolores Dr.
Lafayette
CA 94549


Mark Govan
1020 Dolores Drive
Lafayette, CA 94549


Mark Govan
1020 Dolores Drive
Lafayette
CA 94549


Mark Marquez
806 Hull Road
Ruidoso
NM 88355


Mark Storms
300 Mockingbird
Ruidoso
NM 88345


Mast Hill Fund, L.P.
48 Parker Road
Wellesley, MA 02482


Mast Hill Fund, L.P.
Attn: Patrick Hassani
48 Parker Road
Wellesley
MA 02482


Maura Biglio-Traylor
2045 Kaltasin Rd.
Sooke BC V9Z 0C1, Canada


McConnell Contracting
c/o Adam Marshall
41 Metcalfs St.
Aurora, ON L4G 1E5, Canada

MFA Holdings Corp
6413 E. Maclaurin Dr.
Tampa
FL 33647


MFA Holdings Corp.
6413 E. Maclaurin Dr.
Tampa
FL 33647


Michael Armattoe
2370 Victory Ave., Apt. 1615
Dallas, TX 75219


Mike Beavers
2901 Mossy Springs Dr
Leander
TX 78641


Mike Shalley
4230 Versailles Ave.
Dallas, TX 75205


Nuwa Group LLC
1415 Oakland Blvd.
Walnut Creek
CA 94596


Nuwa Group, LLC
2621 Royal Oaks Drive
Alamo, CA 94507


Pascal Traylor
1000 South Coast Dr., Apt. Q108
Costa Mesa
CA 92626


Peter M. Gould
WFCS Custodian Trad IRA
6321 Chesebro Rd.
Agoura Hills
CA 91301


Phelan Traylor
1000 South Coast Dr., Apt. Q108
Costa Mesa
CA 92626

Richard D. Ricker Jr. and Jamie A. Ricker JT
1005 Bristol Ln
Modesto
CA 95350


Richard Davenport
19 Nation Ct.
Uxbridge, ON L9P 1W2, Canada


Richard Michael Levey Ttee
Richard M. Levey MD 401K Profit
1649 Hammon Ave.
Oroville
CA 95966


Richard Michael Levey Ttee
Richard M. Levey MD Roth K Sub
1649 Hammon Ave.
Oroville
CA 95966


Robert Curnutt
18992 Cicerone Court
New Caney, TX 77357


Robert Grecco
105 Fleetwood Drive
New Braunfels
TX 78130


Robert Hearn and Kelly Hearn
104 Ivy Glen Drive
Grapevine
TX 76051


Robert Holliday
19526 Connemara Court
Yorba Linda
CA 92886


Robert S. London, Trustee
London Family Trust
212 Aurora Drive
Santa Barbara
CA 93108


Shalley Oil, LLC
4230 Versailles Avenue
Dallas
TX 75205

Shantha Chikkalingaiah
504 Country Walk Ct.
Bel Air
MD 21015

Steelcase Financial Services, Inc.
901 44th Street SE
Grand Rapids, MI 49508

Steve Land
900 Bridgewater Court
Nashville, TN 37221

Sunny St. Pierre
533 Stone Dr.
Novato
CA 94947

Ted Tobolka
4507 Nashwood Lane
Dallas, TX 75244

Twyla Graham
21831 Tallahassee Avenue
Leander
TX 78645

Western Equipment Finance, Inc.
503 Highway 2 West
Devils Lake, ND 58301

William D. Ludlow & Jill E. Ludlow
12599 Ridgecrest Dr.
Rancho Cucamonga
CA 91739